# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ME2 PRODUCTIONS, INC., | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No. 2:17-cv-00124-JCM-NJK |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN AND JANE DOES, | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a notice by Crystal Thompson. Docket No. 13. As Ms. Thompson is appearing *pro se*, the Court construes the filing liberally as a motion to quash the subpoena Plaintiff served. The Clerk's Office is **INSTRUCTED** to update the docket accordingly. Any response to the motion shall be filed by May 18, 2017, and any reply shall be filed by May 30, 2017.

In the interim, Plaintiff shall serve this order on the recipient(s) of the subpoena(s) seeking the identities of the Doe Defendants, and shall file a proof of service by May 11, 2017. The Internet Service Providers shall not provide a response with respect to Ms. Thompson unless and until such time as the pending motion to quash is denied.

IT IS SO ORDERED

Dated: May 9, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge