# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ME2 PRODUCTIONS, INC.,

    Plaintiff(s),

v.

APRIL RANTA, et al.,

    Defendant(s).

Case No. 2:17-cv-00124-JCM-NJK

**ORDER**

Concurrently herewith, the Court is issuing an order quashing all outstanding subpoenas and recommending dismissal without prejudice of all Defendants other than April Ranta. Accordingly, the motion to quash filed by Crystal Thompson (Docket No. 13) is hereby **DENIED** as moot.

IT IS SO ORDERED

Dated: June 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge