UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-CV-124 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| APRIL RANTA, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 24). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 29). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for default judgment against defendants Nigel Bruce and Yaoska Molina-Cruz. (ECF No. 41).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 29-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant.[1] For the same reasons,

---

[1] After Magistrate Judge Koppe issued the instant R&R, plaintiff filed a notice of voluntary dismissal as to defendant Ranta, among others. (ECF No. 40). Accordingly, the court will dismiss all defendants except for Nigel Bruce.

**James C. Mahan**
**U.S. District Judge**

the court finds severance here is appropriate.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 24) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Nigel Bruce be, and the same hereby are, dismissed without prejudice.

DATED November 7, 2017.

_____
UNITED STATES DISTRICT JUDGE