# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ME2 PRODUCTIONS, INC.,

                Plaintiff,

vs.

NIGEL BRUCE,

                Defendant.

Case No.: 2:17-cv-00124-JCM (NJK)

**DEFAULT JUDGMENT**

This matter comes before the Court upon motion made by ME2 PRODUCTIONS, INC. ("Plaintiff") for default judgment against defendant NIGEL BRUCE for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Attorney Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be GRANTED in part and DENIED in part and enters the following JUDGMENT:

The Clerk of the Court, noting the failure of Defendant NIGEL BRUCE to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against the foregoing Defendant [ECF No. 37].

Defendant NIGEL BRUCE willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*.

The conduct of Defendant NIGEL BRUCE was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant NIGEL BRUCE, in the amount of $1,500.00 pursuant to 17 U.S.C. § 504.

2. The Court further **AWARDS** to the Plaintiff against Defendant NIGEL BRUCE, fees and costs, including reasonable attorneys' fees, in the amount of $5,547.50 pursuant to 17 U.S.C. § 505.

**IT IS SO ORDERED AND ADJUDGED.**

Signed on this __27th__ day of __April__, 2018, at Las Vegas, Nevada

By: _____
UNITED STATES DISTRICT JUDGE

```
 1  CHARLES C. RAINEY, ESQ.
    Nevada Bar No. 10723
 2  crainey@hamricklaw.com
    HAMRICK & EVANS, LLP
 3  7670 W. Lake Mead Blvd., Ste. 140
    Las Vegas, Nevada 89128
 4  Telephone No.: (702) 425-5100
    Fax No.: (818) 763-2308
 5

 6  Attorneys for Plaintiff
    ME2 PRODUCTIONS, INC.
 7
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ME2 PRODUCTIONS, INC., | ) Case No.: 2:17-cv-00124-JCM (NJK) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| NIGEL BRUCE, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned employee of **HAMRICK & EVANS**, hereby certify that I served the foregoing **[PROPOSED] DEFAULT JUDGMENT** upon NIGEL BRUCE, Defendant in the above-referenced case, by mailing a copy of the foregoing document to the following address via first class mail postage prepaid:

NIGEL BRUCE
4901 W. Oakey Bvld
Las Vegas, NV 89146-0317

Dated April 23, 2018.

                                               /s/ Heather Martindale
                                              An Employee of Hamrick & Evans, LLP